**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7178**

LEROY ANTHONY GRIFFIN,

Plaintiff - Appellant,

v.

CURTIS BROWN; NARDIA PRESSLEY; MYKIRA PRESLEY; SARAH THACKER,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Florence. Henry M. Herlong, Jr., Senior District Judge. (4:19-cv-00106-HMH)

Submitted: August 26, 2021                           Decided: October 1, 2021

Before WYNN, DIAZ, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Leroy Anthony Griffin, Appellant Pro Se. Samuel F. Arthur, III, AIKEN, BRIDGES, ELLIOTT, TYLER & SALEEBY, PA, Florence, South Carolina; Mark Victor Gende, William Alexander Neinast, SWEENY, WINGATE & BARROW, PA, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leroy Anthony Griffin appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Griffin's 42 U.S.C. § 1983 complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *Griffin v. Brown*, No. 4:19-cv-00106-HMH (D.S.C. July 30, 2020).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*